Keith M. Fleischman (admitted *pro hac vice*)
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, NY 10601
Tel:  (914) 278-5100
Fax:  (917) 591-5245
kfleischman@fbrllp.com

John W. Barrett (*admitted pro hac vice*)
Richard Barrett (*admitted pro hac vice*)
BARRETT LAW GROUP, P.A.
PO Box 927
Lexington, MS 39095
Tel: (662) 834-7116
Fax: (662) 834-2488
donbarrettpa@gmail.com
rrb@rrblawfirm.net

*Co-Lead Counsel for Plaintiffs and the Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (No. II)<br><br>This filing relates to all actions | Case No. 4:14-md-02555-JSW<br><br>**AMENDED STIPULATION OF DISMISSAL [FRCP 41(a)]; [PROPOSED] ORDER OF DISMISSAL**<br><br>Judge:  Hon. Jeffrey S. White<br>Complaint: Filed Aug. 27, 2013<br>Case Management Conference: VACATED<br>Courtroom 5 |

Pursuant to Fed. R. Civ. P. 41(a), and subject to the Court's approval, the parties hereby stipulate to a dismissal with prejudice of the claims of the named plaintiffs in MDL No. 2555, which consists of the following remaining actions:

| | | |
|---|---|---|
| a. | George Engurasoff | 4:13-cv-03990-JSW; |
| b. | Joshua Ogden | 4:13-cv-05017-JSW; |
| c. | Paul Merritt | 4:13-cv-01067-JSW; |
| d. | Yocheved Lazaroff | 4:14-cv-03686-JSW; |
| e. | Rachel Dube | 4:14-cv-03686-JSW; |
| f. | Ronald Sowizrol | 4:14-cv-03774-JSW; |
| g. | Michelle Marino | 4:14-cv-04274-JSW; and |
| h. | Thomas Woods | 4:14-cv-01447-JSW. |

The Ninth Circuit reversed this Court's order certifying an injunctive relief class on August 31, 2021. Subject to this Court's approval, the parties jointly stipulate to dismissal with prejudice of all remaining claims of the named plaintiffs, with the parties to bear their own attorneys' fees and costs. Because there is no certified class, the dismissal will have no impact on any claim of any absent putative class member.

This Amended Stipulation supersedes the Stipulation of Dismissal made on February 15, 2022 as Docket Number 244, and includes all named plaintiffs in all pending actions. This Amended Stipulation also addresses the Court's Order on the same at Docket Number 245.

| | |
|---|---|
| */s/ Keith M. Fleischman* | */s/ Steven A. Zalesin* |
| Keith M. Fleischman, Esq. | Steven A. Zalesin, Esq. |
| Fleischman Bonner & Rocco LLP | Patterson Belknap Webb & Tyler LLP |
| 81 Main Street, Suite 515 | 1133 Avenue of the Americas |
| White Plains, NY 10601 | New York, NY 10036 |
| Tel: 914.278.5100 | Tel: 212.336.2110 |
| Email: kfleischman@fbrllp.com | Email: sazalesin@pbwt.com |
| | |
| *Co-Lead Counsel for Plaintiffs* | *Counsel for Defendants* |

/s/ Don Barrett
---

Don Barrett, Esq.
Barrett Law Group, P.A.
404 Court Square North
Lexington, MS 39095
Tel:  662.834.9168
Email:  donbarrettpa@gmail.com

*Co-Lead Counsel for Plaintiffs*

**[PROPOSED] ORDER**

Good cause appearing, and because the Ninth Circuit has ruled that the named plaintiffs lack standing, the Court grants the parties' Amended Stipulation of Dismissal, and hereby dismisses with prejudice the claims of all named plaintiffs in MDL No. 2555, with each party bearing that party's own attorney's fees and costs. Therefore, the claims of the following named plaintiffs are dismissed with prejudice:

| | | |
|---|---|---|
| a. | George Engurasoff | 4:13-cv-03990-JSW; |
| b. | Joshua Ogden | 4:13-cv-05017-JSW; |
| c. | Paul Merritt | 4:13-cv-01067-JSW; |
| d. | Yocheved Lazaroff | 4:14-cv-03686-JSW; |
| e. | Rachel Dube | 4:14-cv-03686-JSW; |
| f. | Ronald Sowizrol | 4:14-cv-03774-JSW; |
| g. | Michelle Marino | 4:14-cv-04274-JSW, and |
| h. | Thomas Woods | 4:14-cv-01447-JSW. |

This Order concerns the claims of the named plaintiffs in the above actions only, and does not impact any claim of any absent member of the putative class. The Clerk of Court is directed to close ~~the file.~~ all files.

**IT IS SO ORDERED.**

February 22, 2022

_____
Hon. Jeffrey S. White
U.S. District Court Judge